**SERVICE COPY**



**D4105219**

# CITATION

**CAMILLA JONES, ET AL**
(Plaintiff)

**VS**

**DICK'S SPORTING GOODS, INC.**
(Defendant)

**NUMBER C-696144   SEC. 26**

**19ᵗʰ JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:  **DICK'S SPORTING GOODS, INC.**
     **THROUGH AGENT, CORPORATION SERVICE COMPANY**
     **501 LOUISIANA AVENUE**
     **BATON ROUGE, LA 70802**

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **MAY 6, 2020.**



*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: SORRELLS, MICHELLE**
                       **225 2363646**

*The following documents are attached:
**PETITION FOR DAMAGES**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____

**DUE AND DILIGENT:**     After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____          _____
TOTAL:  $_____                 Deputy Sheriff
                             Parish of East Baton Rouge

**CITATION-2000**

RECEIVED
MAY 2 8 2020
E B R SHERIFF'S OFFICE



DEFENDANT'S
EXHIBIT

A

EAST BATON ROUGE PARISH
Filed May 01, 2020 9:36 AM
Deputy Clerk of Court
E-File Received Apr 30, 2020 3:00 PM

C-696144
26

| | | |
|---|---|---|
| CAMILLA JONES, ET AL. | * | DOCKET NO:            DIV: |
| | * | 19th JUDICIAL DISTRICT COURT |
| VERSUS | * | PARISH OF EAST BATON ROUGE |
| | * | |
| DICK'S SPORTING GOODS, INC. | * | STATE OF LOUISIANA |

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come plaintiffs, CAMILLA JONES AND BOBBY JONES, JR., both competent majors, domiciled in the Parish of East Baton Rouge, State of Louisiana, who bring this claim individually and on behalf of their deceased minor child, BARRY ALLEN JONES, who respectfully represent the following:

1.

Made defendant herein is **DICK'S SPORTING GOODS, INC.**, a foreign corporation with a registered office and a principal business establishment and doing business in East Baton Rouge Parish, Louisiana.

2.

On information and belief, Defendant, Dick's Sporting Goods, Inc. (hereinafter sometimes referred to as "Dick's"), owns and operates the Dick's Sporting Goods store located at 9330 Mall of Louisiana Blvd, Suite 200 in Baton Rouge, Louisiana, in the Parish of East Baton Rouge.

3.

On or about May 1, 2019, Camilla Jones, was employed by Dick's at the Mall of Louisiana location and working in the store on this day. During her work hours, Mrs. Jones entered the restroom and slipped and fell on the floor of the restroom, which was wet and slippery.

4.

The floor where she fell, which had recently been mopped, was wet and slippery from soap and water. There were no signs or other indication that the floor was wet and slippery. Further, there was no rug, mat or carpet on the floor.

5.

After Mrs. Jones fell, she contacted her supervisor and reported the incident. Mrs. Jones was sent to seek medical treatment.

Certified True and
Correct Copy
CertID: 2020050600163

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
5/6/2020 9:29 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

6.

The wet and slippery floor, without any mat or "wet floor" or other caution signs indicating to plaintiff that the floor was wet, created an unreasonably dangerous condition to those entering the restroom of the Dick's store, such as Mrs. Jones.

7.

Dick's, through its employees or agents, had knowledge of the dangerous condition, actual or constructive, because they created the unreasonably dangerous condition and/or allowed the dangerous condition on their premises, yet, took no steps to rectify this dangerous condition.

8.

The wet and slippery floor gave rise to an unreasonable risk of harm to the plaintiff and this risk of harm was reasonably foreseeable; however, no preventive measures were taken to keep the area safe from hazards.

9.

Dick's failed to exercise reasonable care by not placing any floor mats, warning signs or taking any other precautionary measures to warn of the unreasonably dangerous condition that existed.

10.

The Dick's store located at Mall of Louisiana is owned and/or operated and under the guarde of the defendant, and therefore, the defendant is liable for the damages sustained by plaintiffs.

11.

The accident was caused by the fault and/or negligence of the defendant and/or its employees, representatives or agents in the following non-exclusive particulars:

a)    failing to maintain the floor in a reasonable and safe condition;

b)    failing to take reasonable precautions to prevent reasonably foreseeable accidents in the area where the fall occurred;

c)    failing to give adequate and comprehensible warnings to plaintiff of the dangerous condition;

d)    failing to properly inspect and maintain the area in question and to discover the dangerous condition;

e)    failing to place floor mats on the floor;

2


**Certified True and Correct Copy**
CertID: 2020050600183

East Baton Rouge Parish
Deputy Clerk of Court


Generated Date:
5/6/2020 9:29 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

g)    allowing the soap and water to remain on the floor for an unreasonable length of time when it had actual or constructive notice of the fact that the soap and water was on the floor;

h)    failing to place a wet floor sign or any type of warning sign in the area where the floor was wet;

i)    failing to take preventative measures to keep the premises free from hazards;

j)    failing to use due care commensurate with the circumstances existing therein; and

k)    other acts of fault and/or negligence that will be shown at the trial of this matter.

12.

Bobby Jones, Jr. is the spouse of Camilla Jones. At the time of the fall referenced above, Camilla Jones was pregnant.

13.

As a result of the fall, Camilla Jones went into premature labor on May 21, 2019. Her son, Barry Allen Jones, was born alive but sadly passed away only a few hours after his birth.

14.

Camilla Jones' physicians have informed her that her premature labor and ultimate death of her child were due to complications she suffered from the fall on May 1, 2019 at Dick's.

15.

Accordingly, under La CC Art. 26, plaintiffs bring this action for the wrongful death of baby Barry Allen Jones.

WHEREFORE, plaintiffs pray that the defendant be served with copies of this petition and be cited to answer same and that after all due proceedings had, there be judgment herein in favor of plaintiff and against said defendant for all general and special damages plus legal interest from the date of judicial demand and all costs of these proceedings and any future relief of equity and the case may require.

Certified True and
Correct Copy
CertID: 2020050600183

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
5/6/2020 9:29 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

BY ATTORNEYS:

**WALTERS, PAPILLION,
THOMAS, CULLENS, LLC**

Michelle M. Sorrells, La Bar Roll No.:
12345 Perkins Road, Building Two
Baton Rouge, LA 70810
Telephone:  225-236-3636
Facsimile:  225-236-3650
sorrells@lawbr.net
ATTORNEY FOR PLAINTIFFS

**PLEASE SERVE:**

**DICK'S SPORTING GOODS, INC.**
Through its agent for service of process:
Corporation Service Company
501 Louisiana Ave
Baton Rouge, LA 70802

4


**Certified True and
Correct Copy**
CertID: 202005000183


East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
5/6/2020 9:29 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**RETURN COPY**



**D4105219**

## CITATION

**CAMILLA JONES, ET AL**
(Plaintiff)

**VS**

**DICK'S SPORTING GOODS, INC.**
(Defendant)

**NUMBER C-696144   SEC. 26**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO:   DICK'S SPORTING GOODS, INC.**
**THROUGH AGENT, CORPORATION SERVICE COMPANY**
**501 LOUISIANA AVENUE**
**BATON ROUGE, LA 70802**

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **MAY 6, 2020.**

*I made service on the named party through the CORPORATION SERVICE COMPANY*

*MAY 29 2020*

*by tendering a copy of this document*
☐ Paula Glaser
☒ CUMMINS #1155
*Deputy Sheriff, Parish of East Baton Rouge, LA*

_____
*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: SORRELLS, MICHELLE
225 2363696

*The following documents are attached:
**PETITION FOR DAMAGES**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**     After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGES_____
TOTAL:  $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

*I made service on the named party through the CORPORATION SERVICE COMPANY*

*MAY 29 2020*

*by tendering a copy of this document*
☐ Paula Glaser
DY. E. CUMMINS #1155
*Deputy Sheriff, Parish of East Baton Rouge, LA*

**DEFENDANT'S EXHIBIT**
**B**

**19ᵗʰ JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

NO. C-696144                                                                    SECTION: 26

**CAMILLA JONES, ET AL.**

versus

**DICK'S SPORTING GOODS, INC.**

FILED:_____        _____

                                                            **DEPUTY CLERK**

**REQUEST FOR ADMISSION OF FACTS**

TO:      **Dick's Sporting Goods, Inc.**
          *through attorney of record*
          James R. Nieset, Jr.
          Sara Larosa
          Devin Barnett
          **PORTEOUS, HAINKEL
          & JOHNSON, LLP**
          704 Carondelet Street
          New Orleans, LA 70130

          NOW INTO COURT, through undersigned counsel, comes Camilla Jones and Bobby

Jones, Jr., who, to the best of their information, knowledge and belief provide a response to the

defendants Request for Admission of Facts as follows:

**REQUEST FOR ADMISSION NO. 1:**

          Admit that you are claiming damages in excess of $75,000.

**RESPONSE TO REQUEST NO. 1:**

          Admit

                              BY ATTORNEY:

                              *S/ Michelle M. Sorrells*
                              _____

                              **MICHELLE M. SORRELLS**, (#23859)
                              *Of Counsel*
                              **WALTERS, PAPILLION,
                              THOMAS, CULLENS, LLC**
                              12345 Perkins Road, Bldg. Two
                              Baton Rouge, LA 70810
                              Phone: (225) 236-3646
                              FAX: (866) 430-5332
                              Email: sorrells@lawbr.net



DEFENDANT'S
EXHIBIT
C

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a copy of the foregoing has this date been served on all known counsel of record in this proceeding by:

( )   Hand Delivery                           ( )   Prepaid U. S. Mail

( )   Facsimile                               ( )   Federal Express

(X)   Email

Baton Rouge, Louisiana, this  25  day of  June , 2020.


S/ Michelle Sorrells

MICHELLE SORRELLS

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO. C-696144                                                SECTION: 26

CAMILLA JONES, ET AL.

versus

DICK'S SPORTING GOODS, INC.

FILED: _____    _____
                                                          **DEPUTY CLERK**

### PLAINTIFF'S RESPONSES TO INTERROGATORIES and REQUEST FOR PRODUCTION OF DOCUMENTS

TO:    **Dick's Sporting Goods, Inc.**
        *through attorney of record*
        James R. Nieset, Jr.
        Sara Larosa
        Devin Barnett
        **PORTEOUS, HAINKEL
        & JOHNSON, LLP**
        704 Carondelet Street
        New Orleans, LA  70130

NOW INTO COURT, through undersigned counsel, come Camilla Jones and Bobby Jones, Jr., who, to the best of their information, knowledge and belief provide a response to the defendants Interrogatories and Request for Production of Documents as follows:

### INTERROGATORY NO. 1:

Please state your full name, residence street address, date of birth, educational background, marital status, social security number, cell phone number and provider, driver's license and state of issue.

### RESPONSE TO INTERROGATORY NO. 1:

Camilla Franklin Jones

████████████████████████

DOB: ███████

Married

████████████████████████

████████████████████████

Cell phone ██████████████

Educational Background

████████████████████████

1

236/333.3026


DEFENDANT'S
EXHIBIT
D

**INTERROGATORY NO. 13:**

Have you made a complaint or filed a lawsuit for personal injuries including workmen's compensation, either before or after the complained of accident? If so, please state:

    a.    The nature of such lawsuit or claim;

    b.    The name and last known address of all parties to said lawsuit or claim;

    c.    The court in which each such lawsuit or claim was filed, the name of the lawsuit and all parties to the suit, the date it was filed, the number of the proceeding and its disposition, and the identity of the attorney representing you.

**RESPONSE TO INTERROGATORY NO. 13:**

See copy of attached 1008 filed with the Office of Workers' Compensation for Mrs. Jones' medical bills.

**INTERROGATORY NO. 14:**

Please describe in detail any diagnostic study or surgical procedure which you have undergone or contemplate you will undergo in the future for diagnosis or treatment of the personal injuries which you contend you sustained as the result of the occurrence described in your petition, including in such description the scheduled date, if any, of each such study or procedure.

**RESPONSE TO INTERROGATORY NO. 14:**

See interrogatory No. 9 for the doctors who cared for Mrs. Jones after her fall, pregnancy, and delivery of pre-mature baby. Future medical expenses are not applicable.

**INTERROGATORY NO. 15:**

For every felony that you have been convicted of or plead guilty to in the past 10 years, please identify the Court and the alleged violation and date of conviction or guilty plea.

**RESPONSE TO INTERROGATORY NO. 15:**

Not Applicable

**INTERROGATORY NO. 16:**

Please state the full name, residence address, telephone number, and relationship to you, of each person known or believed by you to be an eyewitness to this accident.

**RESPONSE TO INTERROGATORY NO. 16:**

When I fell, I called out on my walkie talkie, and the man who had cleaned the restroom while I was still in there. He saw my wet clothes. His name is Arthur Stewart. The kept

236/333.3026

**INTERROGATORY NO. 28:**

What part of your body made contact with the ground first when the accident described in your Petition occurred?

**RESPONSE TO INTERROGATORY NO. 28:**

Right side

**INTERROGATORY NO. 29:**

Please describe in detail your activities 15 minutes before and 15 minutes after the accident described in your Petition.

**RESPONSE TO INTERROGATORY NO. 29:**

Mrs. Jones was sitting at her desk on the computer 15 minutes prior to the accident. After the accident, the claimant called out on her walkie talkie that she slipped and fell. Arthur Stewart Lewis came into the bathroom. Mrs. Jones then left with Mrs. Lewis to fill out an accident report. Ms. Lewis brought her an ice pack from the freezer to put on her back.

**INTERROGATORY NO. 30:**

Had you entered the same restroom at any time on the same day before the accident described in your Petition occurred?

**RESPONSE TO INTERROGATORY NO. 30:**

Yes, Arthur Steward has been in the bathroom shortly beforehand to mop the restroom. Mrs. Jones believes she was the first person to arrive to the bathroom after he left.

## RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**

Please produce any and all medical bills, reports, records, evaluations, x-rays, tests, etc. by any and all doctors, hospitals, or any other healthcare providers concerning the injuries sustained by you as a result of the accident which is the subject of this suit.

**RESPONSE TO REQUEST NO. 1:**

See attached medical records currently in our possession. This is be supplemented when other records are obtained.

11

See attached.

**REQUEST FOR PRODUCTION NO. 19:**

Please produce color photographs of the footwear and pants you were wearing at the time

of the accident described in your Petition.

**RESPONSE TO REQUEST NO. 19:**

Will provide.

BY ATTORNEY:

*[signature]*

**MICHELLE M. SORRELLS,** (#23859)
*Of Counsel*
**WALTERS, PAPILLION,
THOMAS, CULLENS, LLC**
12345 Perkins Road, Bldg. Two
Baton Rouge, LA  70810
Phone: (225) 236-3646
FAX: (866) 430-5332
Email:  sorrells@lawbr.net

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** a copy of the foregoing has this date been served on all known

counsel of record in this proceeding by:

( )    Hand Delivery               ( X )   Prepaid U. S. Mail

( )    Facsimile                   ( )    Federal Express

(X)    Email

Baton Rouge, Louisiana, this  13th  day of   August   , 2020.

*[signature]*

**MICHELLE SORRELLS**

236/333.3026

BRMH EMERGENCY DEPARTMENT
17000 Medical Center Dr
Baton Rouge LA 70816
ED Record

Jones, Camilla Franklin
MRN:
Acct #:
Adm: 5/2/2019

Admit Documents – Scan on 5/2/2019 by Burling Jeter: Workers comp info (no claim #) (below)



**Workman's Compensation Information**

Date: 05/02/19

PATIENT INFORMATION:
Name: Camilla Jones            Contact phone#:
Home Address:                     City/St./Zip.
D.O.B:              Social Security#:

Accident Information:
Date of Injury: 05/02/19    Type of Injury: fall
First time the injury was report: 930am    Claim#:
Seen in the ER? Yes or No?

EMPLOYER INFORMATION:
Name: Dicks Sporting Goods
Address: 9330 mall of Louisiana Ste 200
City/St./Zip: BR, LA 70809
Phone#: 225-7616-9100    Fax#:
Contact: Stanley Mays
Email address:

WORKERS COMPENSATION INSURANCE INFORMATION:
Insurance Carrier:
Claim address:
City/St./Zip:
Phone#:                Fax#:
Adjuster's name:            Phone#:
Nurse case manager's name/ph#:

Ochsner Health System

Baton Rouge, LA 70809 • phone 225-761-5880 • fax 504-842-0606 • ochsner.org

BRMH EMERGENCY DEPARTMENT
17000 Medical Center Dr
Baton Rouge LA 70816
ED Record

Jones, Camilla Franklin
MRN:
Acct #
Adm: 5/2/2019

**ED Provider Notes**

**ED Provider Notes by Si T. Nguyen, MD at 5/2/2019 10:24 PM**

| Author: Si T. Nguyen, MD | Service: Emergency Medicine | Author Type: Physician |
|---|---|---|
| Filed: 5/3/2019 5:48 AM | Status: Signed | |
| Editor: Si T. Nguyen, MD (Physician) | | |

<u>SCRIBE #1 NOTE</u>: I, Aleah Craighton, am scribing for, and in the presence of, Si T. Nguyen, MD. I have scribed the entire note.

**History**

**Chief Complaint**
Patient presents with
• Fall
   *pt reports she slipped and fell at work earlier today and now having abd cramping; pt reports 18 weeks pregnant*

Review of patient's allergies indicates:
No Known Allergies

**History of Present Illness**

HPI

5/2/2019, 10:15 PM
History obtained from the patient

History of Present Illness: Camilla Franklin Jones is ▮▮▮▮▮ female pregnant patient (G4P3) at 18 weeks who presents to the Emergency Department for evaluation following a fall which suddenly onset this morning, 13 hours ago. Pt states she slipped in a puddle of water in the bathroom at work and landed on her R side. She is c/o lower abd cramping. Symptoms are constant and moderate in severity. No mitigating or exacerbating factors reported. No associated sxs included. Patient denies any fever, chills, head trauma, SOB, CP, n/v/d, dysuria, pelvic pain, vaginal bleeding, vaginal discharge, back pain, neck pain, hip pain, knee pain, shoulder pain, dizziness, HA, lightheadedness, extremity weakness/numbness, LOC, and all other sxs at this time. No prior Tx. No further complaints or concerns at this time.

Arrival mode: Personal vehicle

PCP: Stefanie S Jobe, CNM

**Past Medical History:**
History reviewed. No pertinent history.

**Past Surgical History:**
History reviewed. No pertinent history.

**Family History:**
**Family History**
| Problem | Relation | Age of Onset |
|---|---|---|



**THIS IS NOT A BILL**

Camilla Franklin Jones

The following document contains the itemized services requested for Camilla Franklin Jones

**Coverage(s) on file:**
Blue Cross Blue Shield - Bcbs All Out Of State

| Charges | Insurance Pmts/Adjs | Patient Payments | Patient Adjs | Total Balance |
|---------|---------------------|------------------|--------------|---------------|
| 1,118.00 | -569.95 | 0.00 | 0.00 | 548.05 |

## Emergency Visit to BATON ROUGE HOSPITAL (Acct ▮▮▮ for Camilla Franklin Jones)
May 02, 2019 to May 03, 2019

| Svc Date | Code | Description | Qty | Amount |
|----------|------|-------------|-----|--------|
| **Charges** | | | | |
| 05/02/19 | | HC COMPREHENSIVE METABOLIC PAN 14 | 1 | 90.00 |
| 05/02/19 | | HC URINE W/O MICRO, AUTO | 1 | 20.00 |
| 05/02/19 | | HC T4, FREE | 1 | 77.00 |
| 05/02/19 | | HC TSH | 1 | 102.00 |
| 05/02/19 | | HC COMPL CBC W/PLT W/AUTOM DIFF | 1 | 42.00 |
| 05/02/19 | | HC FETAL CELL QUANT | 1 | 35.00 |
| 05/02/19 | | HC EMER ROOM LEVEL III | 1 | 696.00 |
| 05/03/19 | | ACETAMINOPHEN 325 MG TAB (0904-1982-61) | 2 | 2.00 |
| | | **Total Charges** | | **1,064.00** |

**Insurance Payments and Adjustments**

| | | | | |
|----------|------|-------------|-----|--------|
| 05/20/19 | | CONTRACTUAL WRITE-OFF | 1 | -547.48 |

## Emergency Visit to BATON ROUGE HOSPITAL (Acct ▮▮▮ for Camilla Franklin Jones)
May 02, 2019 to May 03, 2019

| Svc Date | Code | Description | Qty | Amount |
|----------|------|-------------|-----|--------|
| **Charges** | | | | |
| Charges for visit with Edgar S. Cooper, MD | | | | |
| 05/02/19 | | PR BLOOD SMEAR INTERPRETATION | 1 | 54.00 |

**Insurance Payments and Adjustments**

| Svc Date | Code | Description | Qty | Amount |
|----------|------|-------------|-----|--------|
| 05/20/19 |  | CONTRACTUAL WRITE-OFF | 1 | -22.47 |

**Questions?**   Call 800-343-0269 or 504-842-4190,
7:30 AM to 6:00 PM, Monday - Thursday
8:00 AM to 4:30PM, Friday

| | |
|---|---|
| **From:** | Connie Bergeron |
| **To:** | Jim Nieset; Maurya Springer; Jessica Hidalgo |
| **Cc:** | Michelle Sorrells; Phyllis Smith; Connie Bergeron |
| **Subject:** | Camilla Jones C-696144 |
| **Date:** | Friday, September 4, 2020 10:03:05 AM |
| **Attachments:** | 2020.09.03.Plaintiff's Response To Second Request For Admission Of Facts.pdf |

Dear Jim:

Attached please find Plaintiffs' Response To Second Request For Admission Of Facts.

Thanks
Connie



**Connie Bergeron**

Legal Assistant

12345 Perkins Road, Building 2, Baton Rouge, LA, 70810

connie@lawbr.net

**Tel:** 225.236.3646  **Fax:** 866.430.5332

www.lawbr.net

CONFIDENTIALITY NOTICE: The information contained in this electronic message, including any attachment hereto, is privileged and confidential information intended only for the use of the individual entity or entities named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this communication is strictly prohibited. If received in error, please notify me immediately and delete all content. Thank you.



19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO. C-696144                                                    SECTION: 26

CAMILLA JONES, ET AL.

versus

DICK'S SPORTING GOODS, INC.

FILED:_____    _____
                                              DEPUTY CLERK

## PLAINTIFFS' RESPONSE TO SECOND REQUEST FOR ADMISSION OF FACTS

TO:    **Dick's Sporting Goods, Inc.**
       *through attorney of record*
       James R. Nieset, Jr.
       Sara Larosa
       Devin Barnett
       **PORTEOUS, HAINKEL**
       **& JOHNSON, LLP**
       704 Carondelet Street
       New Orleans, LA  70130

NOW INTO COURT, through undersigned counsel, comes Camilla Jones and Bobby Jones, Jr., who, to the best of their information, knowledge and belief provide a response to the defendants Second Request for Admission of Facts as follows:

## REQUEST FOR ADMISSION NO. 1:

Admit or deny that none of your claims in this lawsuit, case no. C-696144, arise under the worker's compensation laws of Louisiana.

## RESPONSE TO REQUEST NO. 1:

Denied as written. A separate cause of action has been filed against workers' compensation in the Office of Workers' Compensation for unpaid medical bills and lost wages to Camilla Jones. The parents, on behalf on their deceased infant, have a wrongful death claim against the employer for its negligence in causing the accident which led to the infant's demise.

THIS SPACE INTENTIONALLY LEFT BLANK

BY ATTORNEY:

_(signature)_

MICHELLE M. SORRELLS, (#23859)
*Of Counsel*
**WALTERS, PAPILLION,
THOMAS, CULLENS, LLC**
12345 Perkins Road, Bldg. Two
Baton Rouge, LA 70810
Phone: (225) 236-3646
FAX: (866) 430-5332
Email: sorrells@lawbr.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a copy of the foregoing has this date been served on all known counsel of record in this proceeding by:

( )  Hand Delivery                    ( )  Prepaid U. S. Mail

( )  Facsimile                        ( )  Federal Express

(X)  Email

Baton Rouge, Louisiana, this ~~7th~~ 3rd day of ~~August~~ Sept, 2020.

_(signature)_

**MICHELLE SORRELLS**

2

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO. C-696144                                                    SECTION: 26

CAMILLA JONES, ET AL.

versus

DICK'S SPORTING GOODS, INC.

FILED: _____    _____

DEPUTY CLERK

## ANSWER TO PETITION FOR DAMAGES WITH REQUEST FOR TRIAL BY JURY

NOW INTO COURT comes Dick's Sporting Goods, Inc., sought to be made a defendant herein, who answers the Petition for Damages as follows:

1.

The allegations of Article 1 of the Petition for Damages are denied except to admit that Dick's Sporting Goods, Inc. is foreign corporation authorized to do and doing business in this Parish and State. Except as admitted, denied.

2.

The allegations of Article 2 of the Petition for Damages are admitted.

3.

The allegations of Article 3 of the Petition for Damages are denied.

4.

The allegations of Article 4 of the Petition for Damages are denied.

5.

The allegations of Article 5 of the Petition for Damages are denied.

6.

The allegations of Article 6 of the Petition for Damages are denied.

7.

The allegations of Article 7 of the Petition for Damages are denied.

8.

The allegations of Article 8 of the Petition for Damages are denied.

9.

The allegations of Article 9 of the Petition for Damages are denied.

DEFENDANT'S
EXHIBIT

F

1

10.

The allegations of Article 10 of the Petition for Damages are denied.

11.

The allegations of Article 11 of the Petition for Damages are denied.

12.

The allegations of Article 12 of the Petition for Damages are denied for lack of sufficient information to justify a belief therein.

13.

The allegations of Article 13 of the Petition for Damages are denied for lack of sufficient information to justify a belief therein.

14.

The allegations of Article 14 of the Petition for Damages are denied for lack of sufficient information to justify a belief therein.

15.

The allegations of the WHEREFORE paragraph of the Petition for Damages are denied.

16.

AND NOW FURTHER ANSWERING, Respondent avers that the plaintiffs failed to mitigate their damages.

17.

AND STILL FURTHER ANSWERING, Respondent denies any liability to the plaintiffs or any other party.

18.

AND STILL FURTHER ANSWERING, Respondent avers that the sole and proximate cause of the accident was negligence, fault or inattentiveness of other parties over whom it has no control and for whom it bears no responsibility.

19.

AND NOW FINALLY ANSWERING, Respondent denies that the plaintiffs' claims are equal to or exceed an amount properly triable before a jury, however in the event they are found to exceed that amount, then Respondent is entitled to and demands a trial by jury and will post such bond as the Court may require.

WHEREFORE, the forgoing considered, Respondent prays that this answer be deemed good and sufficient and after due proceedings had that there be judgement rendered in its favor dismissing the Petition for Damages filed by the Plaintiffs with prejudice, at their cost with request for trial by jury and for all other general and equitable relief.

Respectfully submitted,

**JAMES R. NIESET, JR. (24856)**
**SARA LaROSA (37765)**
**DEVIN BARNETT (33001)**
Porteous, Hainkel & Johnson
704 Carondelet Street
New Orleans, LA  70130-3774
Telephone:  (504) 581-3838

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record herein by e-mailing same on June 24, 2020.

JAMES R. NIESET, JR.
SARA LaROSA
DEVIN BARNETT

4818-1921-0176, v. 1

3

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO. C-696144                                                    SECTION: 26

CAMILLA JONES, ET AL.

versus

DICK'S SPORTING GOODS, INC.

FILED: _____    _____

                                                    **DEPUTY CLERK**

## REQUEST FOR WRITTEN NOTICE

**PURSUANT** to Articles 1571, 1913 and 1914 of the Louisiana Code of Civil Procedure, the undersigned counsel for Dick's Sporting Goods, Inc. hereby requests written notice of all trial, rule and/or hearing dates, dates of argument, signing of any final judgment or rendition of any interlocutory order or judgment in the above-entitled and numbered cause.

Respectfully submitted,

_____
**JAMES R. NIESET, JR. (24856)**
**SARA LaROSA (37765)**
**DEVIN BARNETT (33001)**
Porteous, Hainkel & Johnson
704 Carondelet Street
New Orleans, LA 70130-3774
Telephone: (504) 581-3838

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record herein by e-mailing same on June 24, 2020.

_____
JAMES R. NIESET, JR.
SARA                                        LaROSA
DEVIN BARNETT

4835-1056-3264, v. 1

19th JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO. C-696144                                                    SECTION:   26

CAMILLA JONES, ET AL.

versus

DICK'S SPORTING GOODS, INC.

FILED: _____      _____

                                                    DEPUTY CLERK

## JURY ORDER

**CONSIDERING THE MOTION FOR TRIAL BY JURY:**

   **IT IS ORDERED** in accordance with C.C.P. Aer. 1734.1 that the party moving for trial by jury shall deposit cash in the amount of Two Thousand ($2,000) Dollars cash for the first day, and Four Hundered ($400.00) Dollars per day for each day the trial is estimated to last.  The cash deposit shall be filed with the Clerk of Court no later than thirty (30) days prior to the first trial setting.  The receipt for the deposit must be presented to the Court or the Civil Minute Clerk prior to commencement of the trial.  If the deposit is not timely made, any other party shall have an additional ten (10) days to make the required deposit.  Failure to post the cash deposit timely shall constitute a waiver of trial by jury.

   **EAST BATON ROUGE, LOUISIANA,** this _____ day of _____, 2020.


                                          _____

                                          **JUDGE, 19th JUDICIAL DISTRICT COURT**

4843-6279-3408, v. 1