## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CAMILLA JONES AND BOBBY JONES, JR.** | * * * | **CIVIL ACTION NO. 3:20-cv-00591** |
| **VERSUS** | * * | **HONORABLE BRIAN A. JACKSON** |
| **DICK'S SPORTING GOODS, INC.** | * * * | **MAGISTRATE RICHARD L. BOURGEOUS, JR.** |

* * * * * * * * * * * * * * * * * * * * * * * *

### JOINT NOTICE OF SETTLEMENT

Plaintiffs, Camilla Jones and Bobby Jones, Jr., and Defendant, Dick's Sporting Goods, Inc., through undersigned counsel and pursuant to Local Civil Rule 16(c), hereby give notice that the above-captioned action has been settled.  Unless otherwise ordered by the Court, a Joint Stipulation of Dismissal with Prejudice and proposed order will be filed within sixty (60) days from the date of this notice.  The rights of either party to come before the court arising out of any issue related to the settlement agreement shall be preserved.

Dated: November 12, 2020

        Respectfully submitted,

        */s/ James R. Nieset, Jr.*
        **JAMES R. NIESET, JR. (24856)**
        Porteous, Hainkel & Johnson
        704 Carondelet Street
        New Orleans, LA  70130-3774
        Telephone: (504) 581-3838
        Email: jnieset@phjlaw.com
        **Counsel for Defendant Dick's Sporting Goods, Inc.**

                    */s/ Michelle M. Sorrells*
                    **MICHELLE M. SORRELLS (23859)**
Walters, Papillion, Thomas, Cullens, LLC
12345 Perkins Road
Baton Rouge, LA  70810
Telephone:  (225) 236-3646
Email:  sorrells@lawbr.net
**Counsel for Plaintiffs Camilla Jones and Bobby Jones, Jr.**

File No. 0240.0008

## **CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that on November 12, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Plaintiffs Camilla Jones and Bobby Jones, Jr.**
*Through counsel for service*
Michelle M. Sorrells
12345 Perkins Road, Building Two
Baton Rouge, Louisiana 70810

The following have been served a copy of the foregoing pleading on counsel via United States mail, properly addressed and first class postage prepaid: N/A.

> */s/ James R. Nieset, Jr.*
> JAMES R. NIESET, JR.

File No. 0240.0008