UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CAMILLA JONES AND BOBBY JONES, JR. | CIVIL ACTION |
| VERSUS | |
| DICK'S SPORTING GOODS, INC. | NO. 20-00591-BAJ-RLB |

### ORDER

Considering the **Joint Notice of Settlement (Doc. 14)**, notifying the Court that this action has settled:

**IT IS ORDERED** that this action is **DISMISSED**, without prejudice to the right, upon good cause shown, within sixty days, to reopen the action, if the settlement is not perfected.

Baton Rouge, Louisiana, this 13th day of November, 2020

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**